3:20-MJ-2136

FOREVER / USA

KNOXVILLE TN 377

13 APR 2020 PM 4 L

CHARLES BEATTY #454814
6001 MALONEYVILLE RD
KNOXVILLE TN 37918

(AL-MAIDAH)
5.33-34

LEGAL MAIL

WE ARE INVISIBLE

█████ RECEIVED

APR 15 2020

U. S. ATTORNEY'S OFFICE
EASTERN DISTRICT OF TENNESSEE

US ATTORNEYS OFFICE
800 MARKET ST SUITE 211
KNOXVILLE TN, 37902

37902-232799

ATTACHMENT 1



202
PENNSYLVANIA AVE.
18th ST
17th ST
H ST
16th ST
ST JOHN'S CHURCH
15th ST
14th ST
13th ST
NEW YORK AVE
H ST
G ST
19th ST
LAFAYETTE PARK
G ST
(MUJAHIDIN)x6
WHITE HOUSE
F ST
12th ST
11th ST
F ST
(MUJAHIDIN)x6
JIHAD!!
HISTORY ALLWAYS REPEATS IT SELF
E ST
NEW YORK AVE
PRESIDENT'S PARK
D ST
10 ST
9 ST
PENNSYLVANIA AVE
C ST
SHAYTAN*
B ST
N "NOW HE BELONGS (WASHINGTON MONUMENT) TO THE AGES".
ALLAH-AKBAR INSHA-ALLAH
*DC 1865 LINCOLN = Booth
WE ARE INVISIBLE.

ALLAH-AKBAR!! * STAY THE HAND OF VENGEANCE. →

WE ARE INVISIBLE (MARTRYDOM=PARADICE) "MUSLIMS" NEVER LET "EMOTIONS" GOVERN BE-HAVIOR. BE MINDFUL OF "ALLAH" MOST POWERFUL.... SEEKING KNOWLEDGE IS AN OBLIGATION UPON EVERY "MUSLIM". "ALLAH" MOST GRACIOUS MOST MERCIFUL GIVE ME LIFE AS LONG AS LIFE IS BEST FOR ME, AND CAUSE ME TO DIE WHEN DEATH IS BEST FOR YOU. INSHA-ALLAH SEND ME TO ETERNAL PARADISE. "HUD" 11-102 ALHAMDU LILLAHI RABBIL-ALAMIN

*JUDENFREI!
WHY DIDNT YALL TAKE THE BANK ROBBERY??
PUSSIES!! BET A BOX OF "MATZO" I BEET THE STATE!

April 9 2020

Cock Suckers

Hello you Cock Sucking Incompetent DEVILS! Im Sitting here wait-ing for ROOM SERVICE at the "K.C.J." chillin, cant wait to go to trial against you whores. Surely its "ALLAH" you have enough AUDIO, KITES FRM RATS AND BODY CAM VIDEO to INDICTE me BY NOW. Oh yeah Im Gonna Sue the FBI & ATF for "COPYRIGHT INFRINGEMENT" for NOT PAYING me for all the Pics I took of the FED BUILD-ING & ALL the churches Here in Knox. LOL

I let them take Pics of me they were Suppose to Pay me $1000. Im Not Gonna EXPOSE ALL my tricks But BELIEVE ME →

OH YEAH HAVE YOU HEARD FRM "[illegible]" & ELDRIDGE YET!!
PRETTY GOOD KITES ROBERT?? HA-HA Pussy
Fuck you!!

Im hard to CONVICT; you KIKES ARE AS LAMN AS they come and Oh my God the "FBI" is as Lamn as they cum! We SAW Right through their SUR VEILLANCE they Suck!!

They Know We Knew AROUND APRIL OR MAY OF 2019 that I WAS tagged. which is why I Never went to "TUPELO" to Pick up the 50-50 POUND BAG OF "AMM NITRATE". You Dumb Jews & the FBI & ATF Got "MUSTAFA" On Bcca Knew I WAS tagged. Oh my God How Stupid the FBI is we Got another too!! By the way do you whores Know How many "TAGS" FROM VEHICLES We have? Lol Anyway (KIKES) I will EMBARRASS you witness In trial! We Been In GENERAL SESSIONS For 8 months LOL!! Whats wrong DOJ? Scared to LET ME OUT? SOUNDS LIKE COLLUSION! Oh well Room Service In here! (SHAYTAN!)

ABC EASY AS 123 18 USC EASY A 4245 SING IT!

Beautiful BUILDING BY THE WAY!

Suck my Muslim Cock!!

DDJ

YALL STILL [illegible] THE [illegible] (N[illegible]
YALL [illegible] [illegible] WAS COUGHING MISSION TO LIBRARY! LOL
HOW IS VERMATCA STILL COUNTING?

#1 BOOK

6th CIRCUIT KNOXVILLE & CHATT POSSIBLE FEDERAL CHARGES — CONSPIRACY to Kill FEDERAL JUDGE "JORDAN" By CAUSING MASSIVE EXPLOSION IN FEDERAL BUILDING - MULTIPLE FIRE-ARMS SALES X15 AUTOMATIC AR-15 X2 1 GLOCK 19 AUTOMATIC .50 CAL PHOSPHOROUS TIPS X7 MONEY LAUNDERING COUNTERFEIT #50,000 INTERSTATE COMMERCE - MURDER FOR HIRE PLOT TO KILL SPECIAL AGENT SKINNER FBI - PLOT TO BLOW UP BRIDGE CHURCHES X3 CONSTRUCTIVE POSSESION C-4 225 POUNDS - MULTIPLE BLASTING CAPS - PICS OF CAMP DAVID CONSTRUCTIVE POSSESION OF "HEXAMINE" MULTIPLE BLASTING CAPS. MULTIPLE FIRE ARM SALES TO "DETROIT CONSPIRACY RING"

11th CIRCUIT POSSIBLE SET UP "FBI" acting like "AL-QAEDA" SENT BY RAUF MUHAMMAD through STEFF JACKSON - PROVIDING MATERIAL SUPPORT TO A FOREIGN TERRORIST — ORGANIZATION IN "ATL" - CONSTRUCTIVE POSSESSION OF NITRO GLYCERINE IN BOCA FLA "MUSTAFA" POSSIBLE SET UP BY FRIEND OF MARIA BUTINA DEER FIELD

TUPELO MISS CONSTRUCTIVE POSS OF 50-50 POUND BAG OF (AMMONIA NITRATE) - BIG MOUTH TOMMY

MARYLAND - COUSIN LAURENCE SHIELDS "NAVY" - SALE & DELIVERY OF EXPLOSIVES C-4 (TREASON) SALE & DELIVERY OF (CLASSIFIED INFO PICS OF CAMP DAVID) CONSPIRACY to MURDER BETSY DEVOS EDUCATION SECRETARY TREASON MEANING SELLING EXPLOSIVE & ITINERARY OF TRUMP & BENJAMIN NETENYAHOU to "ISIS" A FTO SINCE 04 CONSPIRACY TO MURDER TRUM[P]
[illegible] SEARCHERS A/K/A CHICK BROWN & SOUL SEARCHER

I AT-4? HDL3! DA JEW EM!

Y'ALL MAKE YOU FAMOUS!
WHO YOU CAN'T BEAT EM.

W GOT A LOUL PLAN!
I DONT WANT TO INDICTD
YALL. I'LL WRITE KITES ALL THE
WAY TO BOEN & MO & TUPELO YALL HELP WITH
$. YOU CAN ALWAYS SAY I'M (INSANE!)

(CLANDESTINE OPERATION,

MULE [illegible] MAKER

TIP OF THE DAY, DONT HAVE FAKE
HOMELESS PEOPLE SMELLING LIKE SHAMPOO!
LOL! BUT TREE PEOPLE ARE BAD ASS!
ALSO THE HOMELESS GUY WAS A TREE
CLIMBER & JUST LOOKED AUTHENTIC!!
HIM AND ANOTHER GUY
BOTH HAD
WATCHES
THAT WERE
2 HOURS BEHIND
WHERE WERE THEY
FROM? I TALKED TO THEM
DOWN TOWN IN THE CAMP!
THEN SAW HIM AT MISSION
SAYS HE WAS FROM ALABAMA!
LOTS DO IT.

DELETE URANIUM

I FUCKED YALL UP WHEN I WENT AND THE BANK! LOL I WONT DO IT AGAIN.

I'M THE PERFECT ASSASSIN AT $HAT MONEY BACK GUARANTEE!

Yall Wild Lost All The Credit! I'm INVISIBLE 1313

PLUTO

KILL EVERYONE?

(I KILL TERRORIST FOR IKTH

You do know that I know I'm Never Getting out "Right"? The "FBI" will not Agree to let me out! I'm to smart! Some Agents think I'm insane some think I'm a Liar Some think I'm an ISIS member. Some want to let me out to Kill me! I'm so scared! Some want to Bring me in. Some want to suck me off! One thing for sure, we know what happen in 2019 and that program Y'all ran was weak as hell You all produced Nothing!

Suck my Muslim Cock!

P.S. I know something Y'all Don't!! SHAYTAN
MY NEW NICKNAME IS (HARD TO CONVICT)!

ATTACHMENT 2

TELL WILLIAM BARR TO GO AHEAD AND SUCK TRUMPS DICK FAT ASS GET OUT!!

TELL THE ATF THEY SUCK!!

BUT THESE PEOPLE ARE AMAZING!!

HOWS JAMES [illegible] & LISA??

LIED TO FISA LATELY?

NOW GO RUN TO YOUR BOSS!

TELL HIM I GOT ENOUGH DICK TO GO AROUND. FUCK YOU FEDS!!

CHARLES [illegible]

[illegible]

KNOXVILLE TN 377

13 APR 2020 PM 4 [illegible]

APR 15 2020

1501 [illegible]

KNOXVILLE [illegible]

37909-246101

(AT-TAWBAH)

9.5

LEGA[illegible]

WE AR[illegible] IN[illegible]ISI[illegible]LE

We want [illegible] Part of [illegible] !

April ? 2023

Lied to FISA court

Lately ??

Whyre...

Crime Fighters

[illegible]! [illegible]

2 AM April ? 2023. We been [illegible] about you [illegible] and [illegible] you all [illegible] Oh my God You [illegible]! I [illegible] you all Last summer. And [illegible] of the [illegible] the [illegible] of [illegible] all the (Kid) [illegible] ETC ETC [illegible] the case maybe you all [illegible] the [illegible] the [illegible] of [illegible] the (Auto [illegible]) the [illegible] Nothing!! I [illegible] a [illegible] "[illegible]" [illegible] the "Book" Good Luck Wishes!

[illegible] the "[illegible]" thanks [illegible]

Fuck [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] [illegible] I

[illegible] [illegible] Pussy!

[illegible] [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible]! [illegible] [illegible]

[illegible] [illegible] [illegible] [illegible] [illegible] the [illegible]

of me [illegible] [illegible] [illegible] [illegible] [illegible]!

[illegible] [illegible] [illegible] to suck [illegible] [illegible]

Ass tell [illegible] [illegible] [illegible] [illegible] up Blue.

[illegible] [illegible] picked me up [illegible] [illegible] to suck my dick!

I saw [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] [illegible] Dibs Dumb [illegible]!

[illegible] [illegible] [illegible] [illegible]? Oh yeah ask [illegible]

Oh [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] feet [illegible] [illegible] [illegible] [illegible]! [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] was a (Dummy)!! [illegible] [illegible] [illegible] [illegible] [illegible] Ha-Ha

(2) Tell to "Chris Kyle" a Real Ones Rest His

Soul. Inshallah (SEAL TEAM 3)

You all on the Fed of [illegible] (FBI) Suck

You all are Whores We Saw You all

in Early 14. My [illegible] [illegible] me. I'm

"Exile" to live Another Day, You all the

ATF Never Got an Arrest. Suck My

Muslim Cock Infidel! I Know You an

the DOJ will never [illegible] me [illegible]. I'm Still

Writing the "[illegible]" all Very Overzealous DA,

Fuck em!! Man I [illegible] so many Questions

I [illegible] [illegible] [illegible] [illegible] [illegible]. And I Know

You all [illegible] the [illegible] of [illegible] [illegible] [illegible]

Beg on me in "Catch the Killer!" Chances [illegible]

Hell [illegible] at the End of the Day I smile,

Y'all A "6" the FBI [illegible] [illegible] than Y'all!

I'm Sure Double [illegible] and my Cartel Laughing

the Navy Seal Target [illegible] Should [illegible]!

[illegible] You [illegible] [illegible] TOO [illegible] [illegible] SALAM [illegible] [illegible]

I Are [illegible] [illegible] [illegible] an [illegible] [illegible]

I SWEAR TO GOD I WILL [illegible]

[illegible] OF YOU ONE ON ONE!

[illegible] WITHIN 10 ROUNDS OF

HAND TO HAND [illegible]! [illegible] ME [illegible]

ARE [illegible] AND KILL ME! YOU

[illegible] HANDS!!

[illegible]

CAN'T DO IT [illegible] FOOL [illegible]

COWARD

# Purpose of Revelation

## To Believe in One True God

*"And your god is One God. There is no god but He, the Most Gracious, the Most Merciful." Qur'an 2:163*

The most important topic mentioned throughout the Qur'an is the belief in the One, True God. God informs us that He has no partner, no son, no equal, and that none has the right to be worshipped except Him alone. Nothing is comparable to God and none of His creation resembles Him. The Qur'an also rejects the notion of attributing human qualities and limitations to God.

## To Reject All False Gods

*"And worship Allah and associate none with Him." Qur'an 4:36*

Since Allah alone is the only One worthy of worship, false deities and false gods must be rejected. The Qur'an also rejects the notion of attributing divine qualities to anyone or anything other than Allah.

## To Narrate the Stories from the Past

The Qur'an contains many narratives with beneficial lessons, including the true stories of previous Prophets such as, Adam, Noah, Abraham, Jesus and Moses. Of these stories, Allah says, *"Indeed in their stories, there is a lesson for men of understanding." Qur'an 12:111*

## To Remind us of the Day of Judgement

The Qur'an reminds us that everyone will taste death and will be held accountable for all their actions and sayings: *"We shall set up scales of justice for the Day of Judgment, so that not a soul will be dealt with unjustly in the least..." Qur'an 21:47*

## To Fulfill the Intended Way of Life

Importantly, the Qur'an teaches that the purpose of life is to worship God alone, and live one's life according to the way of life prescribed by Him. In Islam, worship is a comprehensive term that includes all actions and sayings (whether private or public) that Allah loves and is pleased with. Therefore, by doing what Allah commands, a Muslim is worshipping God and fulfilling his purpose in life. The following are examples of worship from the Qur'an:

To pray: *"O you who believe! Bow down and prostrate yourselves and worship your Lord, that you may succeed." Qur'an 22:77*

To give charity: *"...And spend, it is better for your souls; and whoever is saved from the greediness of his soul, these it is that are the successful." Qur'an 64:16*

To be honest: *"Cover not Truth with falsehood, nor conceal the Truth when you know (what it is)." Qur'an 2:42*

To be modest: *"Say to the believing men that they should lower their gaze and guard their modesty [...] And say to the believing women that they should lower their gaze and guard their modesty." Qur'an 24:30-31*

To be thankful: *"And Allah has brought you forth from the wombs of your mothers-- you did not know anything-- and He gave you hearing and sight and hearts that you may give thanks." Qur'an 16:78*

To be just: *"O you who believe! Stand firmly for justice, as witnesses to God, even as against yourselves, or your parents, or your kin, and whether it be (against) rich or poor..." Qur'an 4:135*

To be patient: *"And be patient, for indeed, Allah does not allow to be lost the reward of those who do good." Qur'an 11:115*

To do good: *"Allah has promised to those who believe and do good deeds (that) they shall have forgiveness and a mighty reward." Qur'an 5:9*

## Conclusion

In summary, the Qur'an teaches mankind how to worship the One True God, hence fulfilling their true purpose in life, and attaining success in both this world and the next.

*"Verily, We have sent down to you (O Muhammad) the Book for mankind in truth. So whosoever accepts the guidance, it is only for his own self; and whosoever goes astray, he goes astray only for his own loss." Qur'an 39:41*

Don't you owe it to yourself to at least read this Noble Book?

**Got Questions?**
visit: **www.gainpeace.com**
email: **info@gainpeace.com**
call: **1-800-662-ISLAM**

The Qur'an
The Final Revelation to Mankind
gain peace
Gain Peace
through Islam!

# What is the Qur'an?

## The Word of God

The Qur'an is the literal word of The Almighty God (Allah in Arabic), revealed to Prophet Muhammad (peace be upon him) through the Angel Gabriel.

***"The revelation of The Book is from Allah, the Mighty, the Wise." Qur'an 39:1***

## Guidance for Mankind

The Qur'an is ***"a guidance for mankind… and the distinction (between right and wrong)." Qur'an 2:185***

It provides direction on distinguishing between the truth and falsehood, without which, mankind would surely be in a loss.

## The Final Revelation

The Qur'an is the last scripture revealed by Almighty Allah (God), confirming what little truth remains in parts of previous scriptures and refuting and correcting fabrications and additions which have crept into current day versions of such scriptures.

***"O you who have been given the Scripture! Believe in what We have revealed confirming what is (already) with you…" Qur'an 4:47***

# How was the Qur'an Revealed?

The Qur'an was revealed to Muhammad (peace be upon him) and exists only in the language in which it was revealed - Arabic. However, the translation of the meaning of the Qur'an is available in many languages.

The Qur'an was not sent down as a complete book in one revelation; rather, the revelation spanned over a period of 23 years.

For this reason, it is essential to know in what circumstances the verses were revealed, in order to have a proper understanding of the Qur'an; otherwise, its teachings could be misunderstood.

# How do I know that it is from God?

## Preservation

The Qur'an is the only religious sacred text that has been in circulation for a lengthy period, and yet remains as pure as the day it was revealed. Nothing has been added, removed or modified from it, since its revelation over 1400 years ago.

*"We have, without doubt, sent down the Message; and We will certainly guard it (from corruption)." Qur'an 15:09*

Not only has the Qur'an been preserved in written form, but also in the hearts of men, children and women. Today, millions of people have memorised the Qur'an from cover to cover.

## Scientific Miracles

The Qur'an does not contradict modern science but rather, supports it. One of the most remarkable aspects about the Qur'an is that it contains many verses which accurately describe natural phenomenon in various fields such as embryology, meteorology, astronomy, geology and oceanography. Scientists have found its descriptions incredibly accurate for a book dating back to the 7th century.

*"We shall show them Our Signs in the Universe and within their own selves, until it becomes clear to them that this is the Truth." Qur'an 41:53*

In fact, many of the scientific miracles mentioned in the Qur'an have been discovered only recently, through the modern advancement of technological equipment. Consider the following:

- The Qur'an gives a detailed description of the development of the human embryo. These details were unknown to the scientific community until recent times.
- The Qur'an states that the astronomical objects (stars, planets, moons etc…) were all formed from clouds of dust. Previously unknown, this fact has now become an undisputed principle of modern cosmology.
- Modern science has discovered the existence of barriers that allow two seas to meet yet maintain their own temperature, density and salinity.

These signs of God were clearly stated in the Qur'an more than 1400 years ago.

## Uniqueness

Ever since its revelation, no person has been able to produce a single chapter like that of the Qur'an in its beauty, eloquence, splendour, wisdom, prophecies, and other perfect attributes.

*"And if you are in doubt as to that which We have revealed to Our servant, then produce a chapter like it and call on your witnesses besides Allah if you are truthful." Qur'an 2:23*

The people that rejected Prophet Muhammad (peace be upon him) failed this challenge, even though they were extremely eloquent in the language of the Qur'an. This challenge remains unanswered to this very day.

## No Contradictions

When people write, they are bound to make mistakes such as spelling and grammar, contradictory statements, incorrect facts, omission of information, and other various errors.

*"Had it been from other than Allah, they would surely, have found in it (the Qur'an) many contradictions." Qur'an 4:82*

The Qur'an has no contradictions whatsoever – be it in scientific explanations of the water cycle, embryology, geology and cosmology; historical facts and events; or prophecies.

## Couldn't Muhammad have authored it?

The Prophet Muhammad (peace be upon him) was known in history to be illiterate; he could not read nor write. He was not educated in any field that could account for neither the scientific and historical accuracy, nor the literary beauty of this magnificent Book. The precision of historical recounts of previous peoples and civilisations mentioned in the Qur'an is also too great to be authored by any man.

*"And this Qur'an is not such as could ever be produced by other than Allah." Qur'an 10: 37*

TELL YOUR GIRL LOOK UP AT [illegible] MICHAEL BEATTY KNOXVILLE [illegible] TWO OF [illegible]

**454814 : BEATTY, CHARLES M**

**Receipt #524474**

LOOK AT ALL 8 I HAD 11 MONTHS AGO, THE MICHAEL BEATTY AT 18 USC 4243 WHITE GIRL WITH FAT PUSSY THATS MY DAD ALSO CHARLES BEATTY KNOXVILLE

Location: KCDF 1C 214

Knox County Jail

1/26/2020

ALSO GARY SMITH FROM DETROIT THATS ME TOO LOL!!

THESE ALOT OF MICHAEL BEATTY'S IN KNOXVILLE MY DAD GOT WHITE GIRL WITH FAT PUSSY & HOLDING A BUNNY RABBIT [illegible]

Invoice :17635:knox-17670

| Code | Qty | Product | Price | Ext |
|---|---|---|---|---|
| 9500 | 1 | Indigent Comb, Men's Black Pocket | 0.02 | 0.02 |
| 9620 | 1 | Indigent Paper Pad | 0.42 | 0.42 |
| 9630 | 1 | Indigent Pencil X. FBI SO DUMB | 0.03 | 0.03 |
| 9631 | 1 | Indigent Eraser NEVER GOT AN ARREST | 0.03 | 0.03 |
| 9899 | 1 | indigent stamped post card | 0.39 | 0.39 |
| 9900 | * 2 | Indigent Env white for legal mail | 0.02 | 0.04 |
| | | | Total: | $0.93 |

7 items * Shipped separately.

Resident Paid: $0.93

End Balance: $0.00

[illegible handwriting]

MICHAEL BEATTY [illegible]

ASSALAMU ALAIKUM BROTHER [illegible] ... PROOF ... [illegible]



ATTACHMENT 3

MY COUSIN BEING IN THE NAVY AND BEHIND ... HIM I KNOW FOR A FUCKING FACT MY MOTHERS NEIGHBOR WAS A UPS PILOT WHO I WAS TRYING TO GET TO TEACH ME HOW TO (FLY LOL) HE DEALS WITH AND HAS ALOT OF TOP FLIGHT GUNS VEST AMMO ETC ETC. ALONG WITH HIS SON HES NICK NAME IS "SNOOT" KELLY AND A FEW OTHERS KNOW HIM FEEL ME AT WOODVIEW I KNOW THE FEDS WAS WATCHING ALL OF US, AND TO TELL YOU THE TRUTH BROTHER I HAVE NO IDEA WHY IM NOT IN "PEANUT BUTTER"!? I THINK I GOT SET UP IN "ATL" WITH A FAKE MUSLIM HE WORKS SECURITY SUPPOSE TO BE A BROTHER OF "RAUF MUHAMMAD" WHO IVE KNOWN SINCE "02" HE SUPPOSE TO HAVE A LIFE SENTENCE IN THE FEDS RAUF GOT RADICALIZED IN OR BY "AL QAEDA" HE USE TO OWN KINGS & QUEENS ON CHEROKEE ST YEARS AGO. THE JUDGE THAT GAVE HIM LIFE IS IN THE FED BUILDING THE WOMAN WHO LOVES RAUF NAME IS "STEFFANY" LIVES IN KNOX MARRIED TO FBI AGENT STEFF WHO IVE KNOWN SINCE 04 THROUGH A BROTHER NAME CALVIN WHO IS IN THE DIABETIC POD CALVIN USE TO BE WITH HER BUT NOW SHE MARRIED TO A FBI AGENT I WAS AT THEIR HOUSE IN AUGUST YEAR SHE GAVE ME CALVIN # I LEFT STEFF HOUSE TALKED TO HER AND FED DUDE. CALVIN PICK ME UP WE TALKED I GOT HOLD HE DROPPED ME OFF I TOOK SOME PICS OF WHAT I SAW I TOOK TRIED TO MEET "ELIZABETH RADUE" AT JEWLRY STORE ON CENTRAL BLUFF KNOXVILLE BUT SHE HAD MOVED BACK TO FLA STEFF GAVE ME HER # AND CARD. STEFF & RAUFF AND DUDE IN ATL GREYHOUND BUS STATION WANT FED BUILDING BLOWN UP. AND WITH "MY LITTLE BIT OF KNOW HOW ITS 65% DOABLE FROM WHAT I WAS TOLD AND EXPLAINED. I WALKED RIGHT THROUGH X-RAY IN FED BUILDING WITH BACK PACK LOADED! THE MACHINE PICKED UP (NO) "ANOMALIES" FROM A LITTLE FLASHLIGHT FULL OF PLASTIC LOL. BUT OUTSIDE OF FED BUILDING IS "GROSSLY LACKING IN SECURITY SAD SAD SAD POOR DESIGN BUT BEAUTIFUL BUILDING. I CANT BELEIVE HOW UNSECURE IT IS?! I KNOW ALL THIS SOUNDS CRAZY IM SURE! AND THATS WHY MUSTAFA SAYS IM THE "PERFECT ONE" LACK OF EMPATHY SELF CENTEREDNESS LACK OF REMORSE AGGRESSION IMPULSIVITY MANIPULATIVE ET SMART & EVERYONE THINKS IM INSANE AND I KNOW HOW TO RECRUIT BEST PLACE FOR THE "INVISIBLE ARMY" TO RECRUIT ARE AA MEETINGS. AT MARTYRS "RO[illegible] 3.169 MARTYRS HONOURED

IF YOU GET OUT COME SEE ME! LOL

QURAN READ IT ALLAH-AKBAR SYNDROME THE BASIS OF CANDY DIESE.

DIOP, IM TELLING YOU BROTHER TO FOLLOW UP ON WHAT I WAS SAYING, I HAD JUST WENT TO (CONFESSION LOL) CATHOLIC Church TALKED TO A "PRIEST" THEN WALKED STRAIGHT INTO FED BUILDING ASKED THE MARSHALL IF I HAD ANY WARRANTS THEY RAN MY "BACK PACK" through X-RAY AND I HAD CLOTHES ~~SOME OTHER~~ Bull shit ETC ETC But I ALSO HAD A "MAG LIGHT" Full OF "PLASTIC" C-4 & BB'S IN the MAG LIGHT AND IT MADE IT through THE X-RAY, INSHA-ALLAH IM TELLING YOU BROTHER. MY OLD PO "NICK DONGERRA" EVEN CAME OUT TO TALK TO ME! (HE HAD BEEN JOGGING) THEY think IM INSANE. I HAD NO INTENTION'S OF HURTING THEM I LIKE NICK. HOWEVER I HAD TO SEE IF THE MAG LIGHT WOULD MAKE IT through. "AND IT DID"! AND what WAS IN the MAG LIGHT HAD A BLASTING RADIUS OF 3-5 FEETS AT 24000 Ft PER SECOND without "HEXAMINE" 30 BB'S PLUS PLASTIC C-4 = (DEATH within 1-3 FEET) IM NOT highly INTELLIGENT JUST CREATIVE & highly TRAINED. THE BB'S MAY HAVE INCINERATED UPON DETONATION HOWEVER, BLAST STILL [illegible] REGARDLESS OF ALL THAT it MADE it through!!! But the OUTSIDE OF THAT BUILDING (ASIDE FROM the ARCHITECTURE BEAUTY) IS GROSSLY LACKING IN SECURITY THE INVESTIGATIVE PROCESS WAS AN ORDEAL. I KNOW EVERY BRICK ~~AND~~ IN AND OUT OF that Building Along with A 100 PICS I HAVE HIDDEN. THE WOMAN "ELIZABETH RADDI" WAS SUPPOSE TO PAY ME NEVER DID!! I NEVER TALKED TO "RAUF" PEOPLE AGAIN Either. IM TELLING You this TO SHOW YOU how STUPID THE "FBI" IS IN KNOXVILLE. I CANT WAIT to BE INDICTED BY DOJ I will PROVE "COMPLICITY" with FBI IN KNOX FRM MACHINE GUNS, EXPLOSIVES TO PLOT TO BLOW UP FED BUILDING & BRIDGE HERE AND IN CHATT. IF they SET ME UP with FAKE "AL-QAEDA" IN ATL IM GONNA SAY I TOOK PICS FOR STEF HUSBAND WHO IS FBI AGENT HERE IN KNOXVILLE THEY HAVE TO EXPLAIN WHY AND HOW I KNOW STEFF & WHY WAS I IN AN FBI AGENTS HOUSE ON WILDERNESS AVE!!! THEY HAVE DEVASTATED MY FAMILY TELLING them I WAS DEALING IN EXPLOSIVES! I GOT SO much INTEL!! I KNOW WHERE A SPECIAL AGENT NAMED SKINNER LIVES TOO!!! IT TOOK

LAST NAME ↗

KPD 11 MIN TO GET TO A BANK ROBBERY ON CUMBERLAND AVE! THATS CRAZY!! I KNOW I WAS UNDER SURVEILANCE THE FEDS TOLD KPD NOT TO ENTER BANK THEY WANTED TO SEE WHAT I WAS DOING. I WAS WAITING FOR A LOAN A $1000 LOAN APPROVED BY "FBI" THATS WHAT I PUT ON THE NOTE "LOL" I SAT THERE FOR 11 MIN PLUS WAITING FOR TELLER TO BRING THE $ I TOLD THE BANK TELLER "I JUST GOT OUT OF PRISON FOR BANK ROBBERY" SHE HIT THE BUTTON! SHE SAID I SAID THIS IS A ROBBERY!! A WEEK BEFORE THIS BANK ON THE STRIP I WENT INTO BANK OF AMERICA NEXT TO FED BUILDING AND ASK FOR A LOAN SAID THE SAME THING, THEY CALLED POLICE! POLICE ASKED WHAT WAS MY INTENT? I SAID TO GET A LOAN. THEY TOLD ME THE BANK DID NOT WANT TO DO BUSINESS WITH ~~ME I'M CALLING THAT BANK~~ TELLER TO TRIAL!! MY ACTIONS IN BOTH BANKS WERE NOT TO ROB BUT TO GET A LOAN! I WILL NEVER PLEAD OUT! I WILL PROVE MY ACTIONS WERE NOT TO ROB! THE CAMERA WILL SHOW ALL WHAT HAPPENED. I EVEN ASK THE TELLER WHATS THE (APR) ON THIS LOAN? HE SAID THAT DEPENDS. ON ANY EVENT I CANT WAIT TILL TRIAL IMMA PUT FEDS ON BLAST!! BROTHER

I WENT INTO BANKS TO SEE IF I WAS UNDER SURVEILANCE!! GUESS I WASNT

I LOVE YOU

PS SEND CANDY!! PLEASE

I GOT A HOMO LIVE ON MY MOMS STREET. GIVE ME BLUE PRINTS 4 ANY PLACE IN KNOX!! HE SOLID!! 4 REAL

~~THEY WONT EVEN~~ O.R. ME

ALLAH

AKBAR

~~I BEEN HERE~~ 5 MONTHS ON A CLASS D FELONY NO OR BOND THATS BULLSHIT!!!

I ALMOST HAD WORK RELEASE!! FUCK!!

BELIEVE"" I KNOW THEY WANT TO TIE ANY CRIME TO A TERROR ORGANIZATION! CALLED ATA ACT

HALF these INMATES "RATS"!

& FAKE (MUSLIMS)!

ANYWAY MEANS SOMETHING.

# # # #

4 LETTERS

DIDN'T I GOT A "TIC TAC" ALPHABET CODE WITH YOU

LIKE TO SHARE IT!

MAYBE. SIMPLE.

I TRUST JANSEN THE SEMS MAN.

I GOING CRAZY WITHOUT the White HOUSE NEWS. KNOW NO PHONE! NO TABLET. CAN'T IS MIN FREE.

CANDY BROTHER

& LITTLE HAIR GREASE PLEASE.

FEDS DIDN'T EVEN KNOW I WAS "MUSLIM" TILL I GOT IN HERE! THATS HOW DUMB THEY ARE NO MUSQUE IN THE

I WON'T ... NO ONE, ANYMORE. OKAY??
DONT BE SO SENSITIVE
I'M SORRY
NO MORE LETTERS.

MAY 28 930 AM

AUSA

How's Business
PROBABLY SLOW CORRECT?? DONT WORRY, I'M SURE The "FBI" is PRETTY good AT "MANUFACTURING" CASES FOR YOU BUNCH OF OVER RATED UNTALENTED HACKS.

SPEAKING OF THE "FBI" - I had A PRETTY INTERESTING CONVERSATION with ONE YESTERDAY. OBLIVIOUS AND THEATRICAL AS HE IS I LIKE THAT GUY. ONE thing HE DOES NOT UNDERSTAND IS THAT ANY & ALL KITES AND OR LETTERS I SEND OUT TO YOU ALL, FAMILY AND INMATES - They (THE FBI) will END UP with. LOL THE "DIOP" KITES? COME ON GUYS, I KNEW HE WOULD TURN EM IN. I WROTE YOU ALL OR THE FBI ASKING "HAVE YOU ALL HEARD FRM DIOP & ELDRIDGE YET"? DO YALL think I'M STUPID?? I DO HAVE ONE QUESTION ABOUT DIOP. WAS HE TRUTHFUL ABOUT HIM KELLEY AND ME IN WOODVIEW APT? The GUNS? FUGEE?? JUST CURIOUS.

AND NOT DAYME →

ANYWAY FEDS, BELIEVE ME, EVERY FUCKING thing I DO, I VERY WELL KNOW EXACTLY WHY I'M DOING IT, OKAY? THE PICS THE FBI HAVE OF ME I KNEW they WERE TAKING THEM. EVERYthing THAT HAPPEN LAST YEAR WE KNEW YALL WERE ON US (FISA) POSSIBLE. PICS IN WALL-MART the MALL ETC ALL THE BOMB SNIFFING DOGS COMING UP TO

→

Yes I KNOW AFEW "FANATICS" that meet the FOX NEW CRITERIA OF A "Jihadist". AND YES I KNOW SOMEONE who IS AN "AIR TRAFFIC CONTROLLER" IN the NAVY. And A COUPLE OF these GUYS KNOW WHERE MY Mother Lives. I GOT TO BE REAL CAREFUL. UNDERSTAND?

My Sons house ALSO.

This is more than SETTING UP the NEIGHBOR-Hood WEED DEALER.

This is (TERRORISM)!

These Guys ARE (TERRORIST.)

(2)

ME? Jail EXCUSE ME, THEY THE "FBI" SUCK!

FAST FORWARD TO 1130 AM MAY 28. JUST HAD A VISIT FRM MY ATTORNEY MARTHA COCHRAN. She JUST INFORMED ME THAT YOU "COCK SUCKERS" ARE IN CONTACT WITH "HER" "DA" ABOUT MY AGGRESSIVE LETTERS AND ARE CONCERNED ABOUT MY (MENTAL HEALTH) AHHA THANK YOU FOR YOUR CONCERN GUYS IM SURE YOU ALL REALLY DO CARE FOR ME. THANK YOU SOOO MUCH SERIOUSLY?! SHE ALSO EXPECTS ME TO STILL PLEAD GUILTY ON JUNE 11 2020 TO AN ATTEMPTED BANK ROBBERY. A PLEA WHICH IS CALLED A 7 MONTH 11 DAY KICK OUT WHICH IM PASSED OR WILL PASS. LETS SEE, IM NOT TO GOOD WITH NUMBERS (IF YOU ONLY KNEW) I HAVE BEEN INCARCERATED SINCE SEP 27 2019. BY THE JUNE 11 ~~RE~~ PLEA DATE WILL BE 9 MONTHS. OMG! THIS IS ABSOLUTELY FUCKING PHENOMENAL! THE US ATTORNEYS OFFICE BEING IN (COLLUSION) WITH THE STATE OF TN OR VICE-VERSA. WOW! (YOU ALL) WANT ANOTHER MENTAL HEALTH EVALUATION?? WHO IN THE FUCK DO YOU COCK SUCKING KIKE LOVING OVER-RATED DIMWIT'S THINK I AM? YOU MUTHAFUCKERS ARE SO OUT OF LINE!! SO BESIDES YOUR SELF. MEDDLING IN THE STATES (A SOVEREIGN ONE AT THAT) BUSINESS! WHICH I KNOW IS UNETHICAL AND MAY VERY WELL CROSS THE THRESHOLD OF LEGALITY. ~~THAT~~ I AM REALLY REALLY DISAPOINTED TO THE POINT OF GOING PRO-SE. LOL JK

FUNNY →

(3)

I MAY AS WELL RAP MY SELF IN AN (ISRAELI FLAG) AND RUN DOWN THE MIDDLE OF THE STREET IN SOMALIA (I ACTUALLY KNOW A BROTHER THEIR) EATING A BOX OF MATZO WHILE SCREAMING FUCK ISLAM!! BECAUS IM FUCKED!! I AM BEING PROSECUTED FOR A CRIME YALL REFUSED TO PROSECUTE IN THE FIRST PLACE! THE STATE DOESNT KNOW ME. YALL DO! SO YOU KNOW I KNOW BETTER. LISTEN, IT MAKES NO SENSE. HOW CAN YOU ALL QUESTION ~~MIND~~ MY COMPETENCY AND HOW CAN THE STATE ACCEPT MY PLEA IF YOU ALL ARE ASKING FOR AN EVAL??? THOSE LETTERS YOU PUSSIES ARE SHARING WITH ~~THE~~ (YOUR DA) ARE FAR FRM DELUSIONAL. "IF" LIKE MARTHA SAYS (BLESS HER HEART) THAT YOU ALL SAY ARE THREATS ETC IN THE LETTERS CHARGE ME!! BUT IF THIS "DA" THINKS I'M GONNA PLEAD GUILTY WHILE WAITING FOR (ANOTHER EVAL (HE) NEEDS AN EVAL! BECAUSE NOW THAT YOU ALL ASKED FOR AN EVAL HOW CAN THE JUDGE ACCEPT A PLEA HE CANT??? HOW!!! THIS HAS TO BE A PRETEXT OF SOME KIND) BECAUSE I KNOW YOU MUTHA FUCKERS ARE VERY FUCKING SMART FURREAL! And you know I AM PSYCHOPATHIC NOT PSYCHOTIC! ~~AT LEAST~~ SO DOES GREGORY WEDDLE (← SMRT DUDE) ; PAULA VOSS ELDRIDGE HONORABLE JAMES JARVIS RIP & JUDGE JORDAN. I DO RESPECT THOSE TWO GUYS ALL BULLSHIT ASIDE READ THE OLD KITE I SAID I HAD NO INTENSIONS

BY THY WORDS SHALT THOU BE JUSTIFIED, AND BY THY WORDS THOU SHALT BE CONDEMNED.
JESUS (PROPHET) OF NAZARETH
PEACE BE UPON HIM. MATTHEW 12:37

THATS SERIOUS →

4

OF HURTING ANYONE THAT DAY. AND DIDNT AND I DONT. IM TRYING TO HELP YOU ALL AND THE FBI JUST DONT GET IT. THINK GUYS, THINK! BACK ON TOPIC. IF I AM OR WERE THE TARGET LAST YEAR THEN THIEF (I.J.E.I.) DOES SUCK!! ANYWAY REMEMBER (WEDDLE) HE WILL SCHOOL YOU ON "PSYCHOPATHY" AND "PSYCHOSIS" I TAUGHT HIM. LOL HE ARGUED VEHEMENTLY THAT "APD" COULD FORM PART OF ~~A~~ A MENTAL ILLNESS (WHICH IS PSYCHOPATHY) AND THAT THE 6TH CIRCUIT SAID IS BY ITSELF NOT A COMITTABLE MENTAL ILLNESS. "APD" IS MY FINAL DIAGNOSIS AND HONORABLE JORDAN DROPPED MY COMITTMENT. READ THE CASE LAW. NOW IS YOU ALL ARE SAYING APD "IS" A MENTAL ILLNESS THEN THAT OPENS UP THE FLOODGATES FOR CRIMINALS AS A WHOLE. BE CAREFUL WITH THAT. THATS 9TH CIRCUIT SHIT REAL LIBERAL. FUCK THAT!! THERE GOES, NO MORE LETTERS NOTHING. MY WORD AS A MUSLIM. I PLEAD OUT ON THE 11 OF JUNE I GET OUT THAT DAY. ILL REPORT TO MY P.O. WHEN IM SUPPOSED TO THAT DAY OR NEXT. WHAT ME AND PAUL SHOOK ON ILL DO IT THAT IS IF CERTAIN PEOPLE ARE WHERE THEY ARE SUPPOSE TO BE, I DONT KNOW, BEEN IN HERE 8 MONTHS. I WILL CALL A COUPLE PEOPLE ILL HAVE TO GET A JOB BEG MY MOTHER FOR FORGIVENESS ID LIKE TO VISIT HER AND AN (OLD FRIEND) ON WESTLAND BAY.

(P.S. OR CHARGE ME)

FORGIVE ME?

Michael

CHARLES BEATTY #454814
5001 MALONEYVILLE RD
KNOXVILLE TN, 37918

KNOXVILLE TN 377
02 JUN 2020 PM 3 L
Celebrating the
Anniversary
FOREVER USA

RECEIVED

JUN - 3 2020

US ATTORNEYS OFFICE
EASTERN DISTRICT OF TN

US ATTORNEY OFFICE
800 MARKET ST SUITE 211
KNOXVILLE TN, 37902

37902-234261

Correctional Facility

ATTACHMENT 4